# Court of Appeals
# of the State of Georgia

ATLANTA,  December 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0887. MICHAEL DYER v. AIMEE SMITH et al.**

Prisoner Michael Dyer has filed an original mandamus action, asking this Court to reverse the trial court's decision in his habeas corpus case. Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over "[a]ll habeas corpus cases." See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this action is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  12/14/2018*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*